UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jinhyung Park,

          Plaintiff,

-against-

Kristi Noem, et al.,

          Defendant.

25 cv 3407 (DEH)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of __Karen L. Hoffmann, Esq.__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Pennsylvania and New Jersey__; and that his/her contact information is as follows (please print):

    Applicant's Name: Karen L. Hoffmann
    Firm Name: Ellenberg Law Group
    Address: 1500 JFK Blvd., Suite 1825
    City / State / Zip: Philadelphia, PA 19102
    Telephone / Fax: 215-790-1682 / 215-790-9103

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Plaintiff Jinhyung Park__ in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: April 30, 2025
       New York, New York

_____
United States District / Magistrate Judge

Dale E. Ho
United States District Judge