AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Jinhyung Park, <br><br> *Plaintiff(s)* <br> v. <br> Kristi Noem, et al., <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-03407 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Kristi Noem, in her official capacity as Secretary of Homeland Security
Department of Homeland Security
Office of General Counsel
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Karen L. Hoffmann
Law Offices of Stanley J. Ellenberg, Esq., P.C.
1500 John F. Kennedy Blvd.
Suite 1825
Philadelphia, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*