## LAW OFFICES OF STANLEY J. ELLENBERG, ESQ., P.C.
**TWO PENN CENTER**
**1500 JOHN F. KENNEDY BOULEVARD, SUITE 1825**
**PHILADELPHIA, PA 19102**

TEL: 215-790-1682
FAX: 215-790-9103

| Karen L. Hoffmann, Esq. | Stanley J. Ellenberg, Esq., MBA | Kiku Mehta, Esq., MSW* |
|---|---|---|
| karen@sellenberglaw.com | stanley@sellenberglaw.com | *Advocate, India |
| | | kiku@sellenberglaw.com |

May 21, 2025

The Honorable Dale E. Ho, United States District Judge
United States District Court – Southern District of New York

   **Re:** *Jinhyung Park v. Noem et al.*, No. 25-CV-3407 (DEH)

Your Honor,

  Our office represents Plaintiff Jinhyung Park in the above-referenced matter. Pursuant to the Court's Individual Rules and Practices, Plaintiff submits this letter-motion requesting an adjournment of the conference scheduled in this matter for May 28, 2025, at 10:00 am, with a joint letter due May 21 by 5:00 pm. This is Plaintiff's first request for an adjournment.

  On April 25, 2025, Plaintiff filed a Complaint seeking, *inter alia*, reinstatement of his SEVIS record. After the complaint was filed, his SEVIS record was reinstated. Plaintiff is now evaluating what remaining relief is needed.

  Defendants have not yet been served in this matter, and were therefore unaware of the deadlines in the Court's Order.[1] Therefore, Plaintiff respectfully requests an adjournment of the conference until such time as Defendants have been served and the parties have had the opportunity to confer on whether a conference will be necessary or, alternatively, propose a briefing schedule.

  Plaintiff proposes the following alternate dates for the conference, subject to Defendants' availability: June 4, 2025; June 10, 2025; and June 11, 2025.

Sincerely,

*Karen L. Hoffmann*

Karen L. Hoffmann, Esq.

> Application GRANTED. It is hereby ORDERED that the conference previously scheduled for May 28, 2025, is **RESCHEDULED** for **June 11, 2025** at 10:00 A.M. ET in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The parties shall submit a joint letter no later than June 4, 2025, indicating whether the conference is necessary and/or proposing a briefing schedule. SO ORDERED.
>
> Dated: May 22, 2025
> New York, New York
>
> *Dale E. Ho*
> Dale E. Ho
> United States District Judge

---

[1] Counsel for Plaintiff attempted to reach the U.S. Attorney's Office by telephone to obtain Defendants' position on the instant request, but the clerk stated that they were unable to direct the call.