

June 4, 2025

The Honorable Dale E. Ho, United States District Judge
United States District Court – Southern District of New York

Re: *Jinhyung Park v. Noem et al.*, No. 25-CV-3407 (DEH)

Your Honor,

Pursuant to the Court's Order of May 22, 2025, the parties submit this joint letter.

The parties report that they are in the process of conferring regarding potential resolution of the outstanding issues in this matter, and do not believe the conference scheduled for June 11, 2025, at 10:00 AM is required at this time.

They propose to file another letter with the Court by July 21, 2025, providing the Court with an update on the status of their discussions and indicating whether they believe another conference would be necessary.[1]

Sincerely,

*Karen L. Hoffmann*  
Karen L. Hoffmann, Esq.  
Ellenberg Law Group  
Attorneys for Plaintiff Jinhyung Park

*Jeffrey Oestericher*  
Jeffrey Oestericher, Esq.  
Chief, Civil Division  
U.S. Attorney's Office SDNY

Application GRANTED. It is hereby ORDERED that the conference previously scheduled for June 11, 2025 at 10:00 A.M. is ADJOURNED SINE DINE. The parties are directed to submit a joint letter no later than **July 21, 2025**, indicating the status of settlement discussions and whether a conference is necessary.

*Dale E. Ho*  
Dale E. Ho  
United States District Judge  
Dated: June 5, 2025  
New York, New York

---

[1] For the Court's information, counsel for both parties have preexisting travel plans spanning June 12, 2025, to July 13, 2025.