

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 2, 2025

**By ECF**
The Hon. Dale E. Ho
United States District Judge
Southern District of New York
40 Centre Street
New York, New York 10007

      Re:   *Park v. Noem et al.*, 25 Civ. 3407 (DEH)

Dear Judge Ho:

      This Office represents the defendants (the Government") in the above-referenced matter. I write jointly with plaintiff's counsel to provide a status update pursuant to the Court's Order (ECF No. 21). The parties are continuing to confer regarding a potential consensual resolution of the issues in this matter. We do not believe that a conference is required at this time.

      The parties respectfully propose that they be required to file a letter with another update on the status of their settlement discussions by September 23, 2025.

      Thank you for your attention to this matter.

                    Respectfully,

                    JAY CLAYTON
                    United States Attorney for the
                    Southern District of New York

      By:    */s/ Jeffrey Oestericher*
            JEFFREY OESTERICHER
            Assistant United States Attorney
            Tel.:   (212) 637-2695
            Email: jeffrey.oestericher@usdoj.gov